IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| KRISTINA WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 625-001 |
| | ) | |
| KRYSTLE GRACE DAVIDSON and | ) | |
| DOMINION VOTING SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On January 23, 2025, Yasmin Burrell and Roodgine D. Bray filed their respective motions for leave to appear *pro hac vice* in the above captioned case. (Doc. nos. 9, 10.) The Clerk of Court issued a Notice of Filing Deficiency the next day identifying multiple issues needing correction and setting a two-day deadline for compliance. (Doc. no. 11.) Neither attorney seeking *pro hac vice* admission has responded to the deficiency notice. Yasmine Burrell and Roodgine D. Bray shall have until the close of business on Friday, February 7, 2025, to cure the identified deficiencies, or their motions will be denied, with the right to refile, following all requirements of Local Rule 83.4.

SO ORDERED this 3rd day of February, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA