IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| KRISTINA WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 625-001 |
| | ) | |
| KRYSTLE GRACE DAVIDSON and | ) | |
| DOMINION VOTING SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

In light of the information reported to the Court during the May 5, 2026 telephone conference and in the May 12, 2026 Status Report, (doc. nos. 43, 44), the Court **CONTINUES THE STAY** of all case deadlines through and including August 31, 2026.  The parties shall advise the Court as to the status of the case by no later than September 8, 2026, and if the case is not resolved, a jointly proposed Revised Scheduling Order shall be filed by that same date.

SO ORDERED this 12th day of May, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA